[No. 68022-6-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08126-3, LeRoy McCullough, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Lau, JJ.

[No. 68040-4-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-28079-9, Mary Yu, J., entered October 28, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Becker and Cox, JJ.

[No. 68120-6-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE WAYNE DURRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01666-4, Steven C. González, J., entered December 9, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.

[No. 68134-6-I.   Division One.   March 11, 2013.]

SHAW RAHMAN, *Appellant*, v. THE BOEING COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-35677-9, Suzanne M. Barnett, J., entered December 1, 2011. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.